**Dismissed and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00901-CV

## IN THE INTEREST OF K.M.C., AND K.M.C., CHILDREN

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-48484**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 2, 2017. The clerk's record was filed March 12, 2018. The reporter's record was filed April 16, 2018. No brief was filed.

On May 31, 2018, this court issued an order stating that unless appellant filed a brief on or before June 15, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Jamison, Wise, and Jewell.